UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAVITAR SINGH,

               Petitioner,

    v.

SERGIO ALBARRAN, et al.,

             Respondents.

No.  1:26-cv-00215-DAD-DMC (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PETITIONER'S PETITION FOR WRIT OF HABEAS CORPUS

(Doc. No. 15)

Petitioner Pavitar Singh is a federal immigration detainee proceeding through counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 10, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of habeas corpus (Doc. No. 1) be granted.  (Doc. No. 15.)  Specifically, the assigned magistrate judge concluded, based on this court's reasoning set forth in its prior order granting petitioner's motion for temporary restraining order (Doc. No. 11), that the pending petition for habeas relief should be granted.  (Doc. No. 15 at 1–2.)  The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at 3.)  On February 10, 2026, respondents filed their objections to the pending findings and recommendations.  (Doc. No. 16.)  Respondents' objections comprise a single sentence stating

1

that they object for the same reasons provided in their "previously-filed briefs." (*Id.* at 1.)  The court finds that this objection does not provide a basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the pending findings and recommendations are supported by the record and proper analysis.

For the reasons above.

1.     The findings and recommendations issued on February 10, 2026 (Doc. No. 15) are ADOPTED in full;

2.     Petitioner's petition for writ of habeas corpus (Doc. No. 1) is GRANTED as follows:

    a.     Respondents are ENJOINED AND RESTRAINED from re-detaining petitioner absent exigent circumstances without providing petitioner notice and a pre-detention hearing before an immigration judge, at which hearing the government will bear the burden to demonstrate petitioner is a danger to the community or flight risk by clear and convincing evidence;

3.     The Clerk of the Court is directed to ENTER judgment in favor of petitioner and to close this case.

IT IS SO ORDERED.

Dated:   **April 8, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE